IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-CV-308-BO

| | |
|---|---|
| CATHERINE MARIE GRAY F/K/A<br>CATHERINE MARIE BURROWS A/K/A<br>CATHERINE M. BURROWS and STEVEN<br>JEFF GRAY,<br>                      Plaintiffs,<br><br>v.<br><br>JEFFREY ALLEN BURROWS; CFNA<br>RECEIVABLES (DE), INC. F/K/A<br>CITIFINANCIAL SERVICES INC.; and<br>THE UNITED STATES OF AMERICA<br>ACTING BY AND THROUGH ITS<br>AGENCY THE INTERNAL REVENUE<br>SERVICE,<br>                      Defendants. | **O R D E R** |

This cause comes before the Court on plaintiffs' motion for entry of default judgment and judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) and 55(b).

The relief sought by plaintiffs in this action to quiet title has been granted by the entry of the consent order filed by plaintiffs and the United States. Clerk's default has been entered against defendant Burrows [DE 18] and Burrows has failed to respond to the motion for entry of default judgment. Fed. R. Civ. P. 55(a);(b). Further, plaintiffs assert that, although it is a defendant in this action and has not appeared, CFNA's interests are aligned with plaintiffs' in this action to quiet title and entry of judgment on the pleadings pursuant to Rule 12(c) as against CFNA is appropriate.

In the absence of any opposition, plaintiff's motion for default judgment and judgment on the pleadings [DE 20] is GRANTED and the clerk is DIRECTED to enter judgment by default in

favor of plaintiffs as against defendant Burrows and judgment in favor of plaintiffs pursuant to Rule 12(c) and the consent order as against defendants CFNA and the United States. The clerk is further DIRECTED to close this case.

SO ORDERED, this 5 day of May, 2017.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE